**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>DÉCOR HOLDINGS, INC., *et. al.*,<br><br>        Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 19-71020 (REG)<br>Case No. 19-71022 (REG)<br>Case No. 19-71023 (REG)<br>Case No. 19-71024 (REG)<br>Case No. 19-71025 (REG)<br><br>(Substantively Consolidated)<br><br>Hon. Robert E. Grossman |
| BRYAN RYNIKER, IN HIS CAPACITY AS LITIGATION ADMINISTRATOR OF THE POST-CONFIRMATION ESTATES OF DÉCOR HOLDINGS, INC., *et al.*,<br><br>        Plaintiff,<br><br>        v.<br><br>SUMEC TEXTILE COMPANY LIMITED,<br><br>        Defendant. | Adv. Pro. No. 20-08130 (REG) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

    1.    Name(s) of appellant(s):

Brian Ryniker in his capacity as the Litigation Administrator of the post-confirmation estates of Décor Holdings, Inc., et al.

    2.    Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other _____<br>(describe) | For appeals in a bankruptcy case and not in an adversary proceeding.<br>☐ Debtor<br>☐ Creditor |
|---|---|

☐ Trustee
☐ Other
(describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

Order dismissing the case with prejudice. *See* 2/14/2024 docket entry.

2. State the date on which the judgment—or the appealable order or decree—was entered:

Order orally granted on 2/14/2024. This Notice of Appeal is being filed "after the bankruptcy court announces a decision or order—but before entry of the judgment, order, or decree" in compliance with Fed. R. Bankr. 8002(a)(2).

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Plaintiff/Appellant        Attorney:    Noah Weingarten
                                                  Schuyler G. Carroll
                                                  Loeb & Loeb LLP
                                                  345 Park Avenue
                                                  New York, NY 10154
                                                  212-407-4000

2. Party: Defendant/Appellee         Attorney:    Frederick Rosner
                                                  The Rosner Law Group
                                                  824 Market Street, Suite 810
                                                  Wilmington, DE 19801

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/  Noah Weingarten                               Dated:         February 15, 2024
Noah Weingarten

238262142