# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 2/16/2024 |
| Case: 8−20−08130−reg | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Frederick B Rosner     rosner@teamrosner.com
aty     Noah Weingarten     nweingarten@loeb.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     Long Island Federal Courthouse     560 Federal Plaza – Room 560     Central Islip, NY 11722−4437

TOTAL: 1